IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
MAR 1 6 2005
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.
By _____

---------------------------------x
IN RE                            :
                                 :     APPLICATION FOR AN ORDER
LETTER ROGATORY FROM THE         :     PURSUANT TO 28 U.S.C. § 1782
FOURTH MUNICIPAL CIVIL COURT     :
OF BOGOTA, COLOMBIA; MATTER OF:        1:05MC36
CHUBB DE COLOMBIA COMPANIA DE    :
SEGUROS S.A. vs. MAERSK DE       :
COLOMBIA                         :
                                 :
---------------------------------x

Upon the accompanying declaration of John W. Stone, Jr., Assistant United States Attorney, executed on March  , 2005, the United States of America, by its attorney, Anna Mills Wagoner, United States Attorney for the Middle District of North Carolina, petitions this Court for an order pursuant to Title 28, United States Code, section 1782(a), appointing John W. Stone, Jr., Assistant United States Attorney, as Commissioner for the purpose of obtaining information from the First Union National Bank of North Carolina (now Wachovia), Chapel Hill, North Carolina. That certain information has been requested by the Judge of the Fourth Municipal Civil Court of Bogota, Colombia pursuant to a letter rogatory request issued by that court in connection with a judicial proceeding in that court captioned <u>Matter of Chubb de Colombia Compania de Seguros S.A. vs. Maersk de Colombia</u>.

Respectfully submitted,

ANNA MILLS WAGONER
United States Attorney for the
Middle District of North Carolina
Attorney for the United States
 of America

By: /s/ John W. Stone, Jr.
John W. Stone, Jr.
Assistant United States Attorney
P. O. Box 1858
Greensboro, NC 27402
336/333-5351