IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



------------------------------x
IN RE                         :
                              :
LETTER ROGATORY FROM THE      :
FOURTH MUNICIPAL CIVIL COURT  :
OF BOGOTA, COLOMBIA; MATTER OF:
CHUBB DE COLOMBIA COMPANIA DE :
SEGUROS S.A. V. MAERSK DE     :
COLOMBIA                      :
                              :
------------------------------x

1:05MC36

<u>EX PARTE ORDER</u>

WHEREAS, the United States of America, by its attorney, Anna Mills Wagoner, United States Attorney for the Middle District of North Carolina, on behalf of the Judge of the Fourth Municipal Civil Court of Bogota, Colombia, is seeking to obtain certain information from the First Union National Bank of North Carolina (now Wachovia), Chapel Hill, North Carolina, for use in connection with a judicial proceeding in the Fourth Municipal Civil Court of Bogota, Colombia;

NOW THEREFORE, it is hereby

ORDERED, pursuant to Title 28, United States Code section 1782(a) of the Federal Rules of Civil Procedure, that John W. Stone, Jr., Assistant United States Attorney, Middle District of North Carolina, be and hereby is appointed as Commissioner, to take such steps as are necessary to obtain account information from the First Union National Bank (now Wachovia), Chapel Hill, North Carolina; to submit said information to the United States Attorney for the Middle District of North Carolina for transmission to the

United States Department of Justice or its designee; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

Dated: 3-30-05

                                                   /s/
                                    UNITED STATES DISTRICT JUDGE